**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00358/9041587585

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael Brian Isenberg<br>       Debtor.<br>_____<br>Central Mortgage Company<br>       Movant,<br>   vs.<br><br>Michael Brian Isenberg, Debtor, Edward J. Maney, Trustee.<br><br>       Respondents. | No. 2:09-BK-30291-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #15) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 22, 2005 and recorded in the office of the Maricopa County Recorder wherein Central Mortgage Company is the current beneficiary and Michael Brian Isenberg has an interest in, further described as:

> Lot 88, PARCEL 11-D, PHASE 2 AT THE FOOTHILLS, according to Book 279 of Maps, page 49, records of Maricopa County, Arizona.
>
> EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, oil, metals, minerals, fossils, fertilizer of every name and description and except all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials whether or not of commercial value, as set forth in section 37-231, ARS.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT